**Order entered November 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00191-CV

### FIELDALE FARMS CORPORATION AND
### OZARK MOUNTAIN POULTRY, INC., Appellants

### V.

### SOMMA FOOD GROUP, LLC AND
### HOUSE OF RAEFORD FARMS, INC., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00698**

### ORDER

Before the court is Appellee House of Raeford Farms, Inc.'s "Motion to Postpone Oral Argument Pending Bill of Review Proceeding and, in the Alternative, Enlarge Oral Argument Time." The certificate of conference recites that the motion to postpone is opposed.

We **ORDER** the parties opposing the motion to file response(s), if any, on or before **MONDAY, NOVEMBER 29, 2021**.


/s/    LESLIE OSBORNE
       JUSTICE